UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :
SHENIECE CLARK,                                 :    12 Civ. 9372 (KMK) (LMS)
                                                :
                Plaintiff,                      :
                                                :
        v.                                      :
                                                :
                                                :
JEWISH CHILD CARE ASSOCIATION, INC.,            :
                                                :
                Defendant.                      :
                                                :
------------------------------------------------X

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2014, I caused a copy of: (1) Defendant's Notice of Motion for Summary Judgment; (2) Notice to *Pro Se* Litigant Who Opposes a Motion for Summary Judgment; (3) Statement of Material Undisputed Facts Pursuant to Local Civil Rule 56.1; (4) Defendant's Memorandum of Law in Support of Motion for Summary Judgment; (5) Declaration of Steven Mayo in Support of Defendant's Motion for Summary Judgment; (6) Declaration of Andrew E. Rice, Esq. in Support of Defendant's Motion for Summary Judgment and exhibits attached thereto; and (7) copies of cases cited in Defendant's brief that are reported exclusively on computerized databases; to be served by UPS overnight and e-mail to the following party and address:

Sheniece Clark
2084 Bronx Park East Apt. 4B
Bronx, New York 10462
shesnice@hotmail.com
*Pro se Plaintiff*

Dated:       New York, New York
             August 8, 2014

_____
ANDREW E. RICE